UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QAISAR KHAN, an individual,

    Plaintiff,

vs.

                                                         Case No. 8:14-cv-01683-EAK-MAP

KIR TAMPA 003, LLC, a Foreign Limited
Liability Company,

    Defendant
_____ /

**DEFENDANT'S NOTICE OF SERVING UNVERIFIED ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

    Defendant, KIR TAMPA 003, LLC, by and through its undersigned counsel, hereby serves its Unverified Answers to Plaintiff's Second Set of Interrogatories.

**CERTIFICATE OF SERVICE**

    I CERTIFY that the foregoing document on this 16th day of July, 2015, was sent by U.S. mail and emailed to the following:

Louis Mussman
KU & MUSSMAN, P.A.
12550 Biscayne Blvd.,
Suite 406
Miami, FL  33181

Case No. 8:14-cv-01683-EAK-MAP

_[signature]_

Karen A. Brimmer
Florida Bar No. 236470
kbrimmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone:305-358-7747
Facsimile:305-577-1063
Secondary:cmoore@hinshawlaw.com
Attorneys for Defendant KIR TAMPA 003,
LLC, a Foreign Limited Liability Company

2

Case No. 8:14-cv-01683-EAK-MAP

## INTERROGATORIES

**INTERROGATORY NO. 16**

Identify, by item number, those items in the Sullivan Chart that You claim have been removed, modified and/or remediated.

**ANSWER:** The items in the Sullivan Chart that have been corrected are item numbers 3, 4, 5, 6, 7, 8, 9, 11, 14, 15, 18, 19, 21, 22, 23, 25, 26, 28, 29, 30, 31, 32, 33, 36, 37, 38 and 39.

**INTERROGATORY NO. 17**

For each item number provided in Your response to Interrogatory No. 16, provide:

(a) an explanation of the work done;

(b) the completion date;

(c) whether You contend the item now complies with the ADAAG and/or ADA; and if so

(d) an explanation as to why You contend that the item so complies.

**ANSWER:**

Item number 3:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA, because these are the permissible measurements allowed under the ADAAG/ADA.

Item number 4:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA, because these are the permissible measurements allowed under the ADAAG/ADA.

3

15087034v1 0961633

Exhibit 1

Item number 5:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because these are the permissible measurements allowed under the ADAAG/ADA.

Item number 6:

The accessible parking space was modified so that the southwest corner of the parking space had a measurement that was not steeper than 1:48. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 7:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because these are permissible measurements allowed under the ADAAG/ADA.

Item number 8:

A push button to power activate the door to the entrance of Massage Envy was installed. This item was completed by June 1, 2015. The item now complies with the ADAAG/ADA as the 1991 ADA Standards permit power activated doors under 4.13.6 in lieu of having a level surface, and ADAAG 2.2 permits the use of alternative designs or technologies that meet or exceed the ADAAG, as testified to by defendant's ADA expert Larry Schneider.

Item number 9:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 11:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 14:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 15:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 18:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now

complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 19:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 21:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 22:

A push button to power activate the door to the entrance of Party City was installed. This item was completed by June 1, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because ADAAG 2.2 permits the use of alternative designs or technologies that meet or exceed the ADAAG, and the 1991 ADA Standards permit power activated doors under Section 4.13.6 in lieu of having a level surface, as testified to by Defendant's ADA expert Larry Schneider.

Item number 23:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now

15087034v1 0961633
Exhibit 1

complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 25:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 26:

A push button to power activate the door to the entrance of Ross was installed. This item was completed by June 1, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because ADAAG 2.2 permits the use of alternative designs or technologies that meet or exceed the ADAAG, and the 1991 ADA Standards permit power activated doors under Section 4.13.6 in lieu of having a level surface, as testified to by Defendant's ADA expert Larry Schneider.

Item number 28:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 29:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now

complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 30:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 31:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item numbers 32 and 33:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 36:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 37:

A push button to power activate the door to the entrance to Joann Fabrics was installed. This item was completed by June 1, 2015. The item now complies with the ADAAG/ADA as the 1991 ADA Standards permit power activated doors under 4.13.6 in lieu of having a level surface, and ADAAG 2.2 permits the use of alternative designs or technologies that meet or exceed the ADAAG, as testified to by Defendant's ADA expert Larry Schneider.

Item number 38:

The curb ramp was modified so that the slope would not exceed 8.3% and the flared sides would not exceed 10%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

Item number 39:

The accessible parking space was modified so that the cross slope is no greater than 2.1%. This item was completed by June 24, 2015. The item now complies with the applicable provisions of the ADAAG/ADA because this is a permissible measurement allowed under the ADAAG/ADA.

**INTERROGATORY NO. 18**

Of the item numbers identified in paragraph 8 of the Fischer Affidavit (Dkt. No. 25-10), Identify (for each item number):

    (a)    whether the item number has been "corrected" in the last six months; and if so

    (b)    how the item number has been "corrected".

**ANSWER:** 18. (a) Other than item number 12, all items in paragraph 8 of the Fischer Affidavit have been corrected within the last 6 months. Item number 12 was not

corrected as Defendant's ADA expert Larry Schneider found no evidence of an ADAAG/ADA violation, as to Item number 12.

    (b) See Defendant's answer to Interrogatory number 17.