UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QAISAR KHAN, an individual,

        Plaintiff,

vs.

CASE NO. 8:14-cv-01683-EAK-MAP

KIR TAMPA 003, LLC, a Foreign Limited
Liability Company,

        Defendant.

_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST TO PRODUCE

COMES NOW the Defendant, KIR TAMPA 003, LLC, by and through its undersigned counsel, and hereby serves its Responses to Plaintiff's Second Request to Produce and states:

**REQUEST NO. 33:**

All Documents reflecting blueprints, site plans, or other architectural renderings for the Subject Property *created on or after April 30, 2015*.

**RESPONSE:** Architectural plans by Brady Design & Associates are available for inspection at the offices of Jerry Bouche, property manager for Defendant at 7861 Woodland Center Blvd., Tampa, Florida 33614.

**REQUEST NO. 34:**

All Documents reflecting any design and/or construction of facilities at the Subject Property by or on behalf of You, including but not limited to proposals, plans, designs, blueprints, contracts, work orders, invoices, and/or similar Documents *created on or after April 30, 2015*.

**RESPONSE:** See response to Request No. 33, and attached invoices.

**REQUEST NO. 35:**

All Documents reflecting alterations, modifications, remodeling and/or renovation to the Subject Property by or on behalf of You, including but not limited to proposals, plans, designs, blueprints, contracts, work orders, invoices, and/or similar Documents *created on or after April 30, 2015*.

**RESPONSE:** See responses to Request No. 34.

**REQUEST NO. 36:**

All Documents reflecting measures taken by You to comply with the Americans with Disabilities Act at the subject property *created on or after April 30, 2015.*

**RESPONSE:** See response to Request No. 34.

**REQUEST NO. 37:**

All Documents reviewed or relied on by You in responding to Plaintiff's First and/or Second Set of Interrogatories.

**RESPONSE:** (a) Expert report and affidavit of Larry Schneider (Dkt. 25-11).

(b) See response to Request No. 34.

(c) Visual inspection of subject property.

**REQUEST NO. 38:**

All Documents reflecting or relating to the assertions made in paragraph 6 of the May 15, 2015 Affidavit of Douglas Fischer (Dkt. No. 25-10) *created on or after April 30, 2015.*

**RESPONSE:** (a) Expert report and affidavit of Larry Schneider (Dkt. 25-11).

(b) See response to Request No. 34.

(c) Visual inspection of subject property.

**REQUEST NO. 39:**

All Documents reflecting or relating to the assertions made in paragraph 7 of the May 15, 2015 Affidavit of Douglas Fischer (Dkt. No. 25-10) *created on or after April 30, 2015.*

**RESPONSE:** See response to Request No. 34 and visual inspection of subject property.

**REQUEST NO. 40:**

All Documents reflecting or relating to the assertions made in paragraph 8 of the May 15, 2015 Affidavit of Douglas Fischer (Dkt. No. 25-10) *created on or after April 30, 2015.*

**RESPONSE:** See response to Request No. 39.

**REQUEST NO. 41:**

All Documents reflecting or relating to the assertions made in paragraph 2 of the June 24, 2015 Affidavit of Jerry Bouche (Dkt. No. 34).

**RESPONSE:** No documents regarding conversations between Jerry Bouche and Douglas Fischer.

**REQUEST NO. 42:**

All Documents reflecting or relating to the assertions made in paragraph 3 of the June 24, 2015 Affidavit of Jerry Bouche (Dkt. No. 34).

**RESPONSE:** See response to Request No. 39.

**REQUEST NO. 43:**

All Documents reflecting or relating to the assertions made in paragraph 4 of the June 24, 2015 Affidavit of Jerry Bouche (Dkt. No. 34).

**RESPONSE:** See response to Request No. 39.

**REQUEST NO. 44:**

All Documents reflecting or relating to the assertions made in paragraph 5 of the June 24, 2015 Affidavit of Jerry Bouche (Dkt, No. 34),

**RESPONSE:** See response to Request No. 39.

**REQUEST NO. 45:**

All Documents reflecting or relating to the assertions made in paragraph 6 of the June 24, 2015 Affidavit of Jerry Bouche (Dkt. No. 34).

**RESPONSE:** See expert report and affidavit of Larry Schneider (Dkt. 25-11) and visual inspection of subject property.

**REQUEST NO. 46:**

All Documents reflecting or relating to the assertions made. in paragraph 7 of the June 24, 2015 Affidavit of Jerry Bouche (Dkt. No. 34).

**RESPONSE:** See affidavit of Gary Bazydlo filed in support of Defendant's Motion for Summary Judgment (Dkt. 25-8).

Case No. 8:14-cv-01683-EAK-MAP

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on July 16, 2015 to:

Louis I. Mussman, Esq.
Attorneys for Plaintiff
KU & MUSSMAN, P.A.
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Telephone: 305-891-1322
Facsimile: 305-891-4512
Email: brian@kumussman.com
Secondary email: louis@kumussman.com

HINSHAW & CULBERTSON LLP

Karen A. Brimmer
Florida Bar No. 236470
kbrimmer@hinshawlaw.com
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone:305-358-7747
Facsimile:305-577-1063
Primary:kbrimmer@hinshawlaw.com
Secondary:cmoore@hinshawlaw.com
Attorneys for Defendant KIR TAMPA 003, LLC, a Foreign Limited Liability Company



PAVING CO.
**Corporate Headquarters**
7300 W. 100th Place • Bridgeview, IL 60455
Toll Free (888) 773-ROSE
(708) 430-1100 • (708) 430-9100 fax

www.rosepaving.com
rosear@rosepaving.com

# Invoice
## 35545

**Date:** 06/16/2015

**Fein:** 36-4403904

**Sold to:** Kimco Realty
7861 Woodland Center Blvd.
Tampa, FL 33614

Bill Box #01-22596-930

**Job Site:** 15-010188
Plaza at Citrus Park
12803 Citrus Plaza Dr
Tampa, FL 33625

| Your Order Number: | Site Engineer: | Date Completed: |
|---|---|---|

| Description | Amount |
|---|---|
| Asphalt Mill & Overlay @ 1.0" | |
| Bollards | |
| Lot Marking Layout | |

| | |
|---|---|
| Invoice Total: | $98,589.00 |
| Total Tax: | $0.00 |
| Retainage Held: | $0.00 |
| Payments: | $0.00 |
| Balance Due: | $98,589.00 |

Thank you for choosing Rose Paving Co. Your satisfaction is important to us. We want you to think of us as a friendly business, always ready to give you the best service we can.

**TERMS: PAYABLE UPON CONTRACT TERMS**   To ensure proper payment,   make checks payable to Rose Paving Co. and mail to 7300 W. 100th Place, Bridgeview, IL 60455

Invoice balance due reflects a four percent discount for payments by cash or check.

Exhibit 2

**ABS Property Maintenance LLC**
8341 Redmac Street
Port Richey, FL 34668
(727) 859-9994
office@absmaint.com

Invoice



BILL TO
Kimco Realty Corporation
PO Box 7522
Hicksville, NY 11802-7522 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4432 | 06/01/2015 | $42,400.00 | 06/16/2015 | Net 15 | |

| ACTIVITY | AMOUNT |
|---|---|
| Project ID/Name: SFLT0003 - Plaza at Citrus Park/ PO#2015-1005 | |
| Scope of Work: Placement of 21 Curb Ramp renovations along storefronts, 1 curb ramp at crosswalk at Plaza at Citrus Park: 12601-12897 Citrus Park Drive, Tampa, FL 33625 | |
| Demo, haul off, and disposal of old concrete | |
| Sidewalk and curb cutting | |
| Form, pour and finish new ramps | |
| Plans and engineering are included | |
| Contractor to property dispose of waste and debris from repair work | |
| Total: | 42,400.00 |
| Work completed 5/15/15 | |
| Plaza at Citrus Park | |
| Legal Name: KIR Tampa 003 LLC | |
| Property ID#SFLT0003 | |
| Bill Box Number 01-29231-930 | |

BALANCE DUE        $42,400.00

Exhibit 2



**Plaza Maintenance Plus, Inc.**
18920 65th Ave E.
Bradenton, Florida 34211

Phone: (941)993-6017
Email: plazamaintplus@yahoo.com

# Invoice

Invoice Number:   10705-R
Invoice Date:   4/30/2015

**Bill To:**
Kimco Realty Corporation
3333 New Hyde Park Road, Suite 100
New Hyde Park, NY 11042

| Customer P O / W O | Payment Terms | Due Date |
|---|---|---|
|  | Net 30 | 5/30/2015 |

| Description | Amount |
|---|---|
| Site #003, Plaza at Citrus Park, 12601-12897 Citrus Park Drive, Tampa, FL 33625 | |
| Bill Box #01-23864-930 | |
| Install 17 Gyro Tech Series GT710 Single swing door operators with push out arm assembly. Radio controlled push plate on each side. | 47,232.00 |
| Supply electrical power to each operator using an existing circuit that can be turned off to service unit and doesn't affect tenant business. | 10,850.00 |
| Main Building - Dark Bronze Anodized
12689 Christian Book
12695 Carters
12699 Kirklands
12703 Sully
12707 Justice
12715 Ulta
12775 Koss - 2 Pair
12789 Dress Barn
12795 Vacant
12799 Party City
12865 Message Envy
12871 Charming Charlie
12879 Avenue
12883 Vacant | |

Make checks payable to: Plaza Maintenance Plus, Inc.
Federal ID#: 26-4205997

License # CBC1258678

**Total**

Exhibit 2