UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| QAISAR KHAN, <br> an individual, <br>       Plaintiff, <br> vs. <br> KIR TAMPA 003, LLC, <br> a Foreign Limited Liability Company, <br>       Defendant. | CASE NO.: 8:14-cv-01683-EAK-MAP |

## AFFIDAVIT OF PATRICK SULLIVAN

BEFORE ME, personally appeared Patrick Sullivan, being duly sworn, states as follows:

1. My name is Patrick Sullivan, and I make this Affidavit in support of Plaintiff's Supplemental Memorandum in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment ("Plaintiff's Supplemental Memorandum"), based on my personal knowledge of all the facts cited herein.

2. I am over 18 years of age and of sound mind.

3. On July 9, 2015, I conducted a re-inspection of the Defendant's property at issue in the above-captioned matter. I followed the same methodology described in my initial expert report.

4. Of the twenty-seven (27) barriers Defendant purportedly claimed to fix, I discovered that Defendant had only successfully removed thirteen (13) barriers.

1

Exhibit 3

5. The chart attached as Exhibit 4 to Plaintiff's Supplemental Memorandum summarizes my findings with respect to the continued existence of barriers, along with photographic evidence supporting each finding.

FURTHER AFFIANT SAYETH NAUGHT.

State of __FLORIDA__

County of __HILLSBOROUGH__

_____
Patrick Sullivan

Sworn to me before this __14__ day of __JULY__, 2015.

_____
Notary Public

My commission expires: __JUNE 18, 2019__

MARY ZINN
Notary Public - State of Florida
Commission # FF 241793
My Comm. Expires Jun 18, 2019
Bonded through National Notary Assn.

2

Exhibit 3