# Patrick A. Sullivan
## ARCHITECT, LLC

AA26002687

Phone: (813) 205-2494   Fax: (813) 948-5318
1904 Rebecca Road, Lutz, FL 33548 | patrick@sullivanarchitect.com

Case No. 8:14-cv-01683-EAK-MAP
**Khan vs. Kir TAMPA 003, LLC**
**12803 Citrus Plaza Drive, Tampa, FL 33625**

Site visited on 12/08/14  9:55am - 12:07pm (follow up on 07/09/2015 11:45am-1 pm)

## EXHIBIT B

<u>GENERAL NOTE</u>: All information, contained herein, are general field observations that are case specific and understand the nature of the context in which this
information is provided to serve. The potential for incomplete remedies for absolute code compliance, <u>that may have other conditions omitted for scope and application</u>
<u>is possible</u>.  The owner and it's future project team commissioned <u>are fully responsible to resolve all compliance issues and must independently</u> identify and
adhere to all  federal, state, and local codes at the time of execution. Cost of actual construction in solicited bids can vary due to free market conditions. Cost analysis
references  the 'Means ADA Compliance Pricing Guide, 2nd Ed.'

| ITEM No. | LOCATION | | VIOLATION | NOTES | ADAAG | RECOMMENDATION | 07092015 SITE OBSERVATIONS |
|---|---|---|---|---|---|---|---|
| | | | A. Accessible Curb Ramp nearest Jos.  A Bank | | | | |
| 1. | Accessible designated parking space nearest Jos A. Bank | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Access aisle slope was measured at 2.4% slope. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe diagonal striping as required. | COLUMN NOTE: 1) Please refer to General Note and cross reference all applicable accessibility codes accordingly, typical. 2) Thumbnail photos are from original site visit and have not been updated.  3) On site workers were observed working on ADA items, (painting striping, and ADA signage.) |
| 2. | Walking surface nearest Jos A. Bank | Walking Surface | Walking surfaces are part of an accessible route shall comply with 403 and have no changes in level or surfaces steeper than 1:48 | Walking surface ground surface (raised surface defect). Damage found within accessible route (in designated cross striping path) to curb ramp and a path of travel safety concern. | 403.1, 403.2, 403.3, 403.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe cross walk striping as required. | |
| 3. | Curb Ramp nearest Jos A. Bank | Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The diagonal curb ramp running slope measured 13.2% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk, demo concrete and prepare ground transition, sidewalk, and curb conditions for new installation, typical. Install new diagonal concrete curb cut ramp with a maximum ramp surface slope of 1:12, compatible side flare slopes of 1:10 maximum, and non-slip finish. Assure 48" minimum clear space within markings (ref. 406.6) | Running slopes and side flare slopes of this ramp have been corrected.  However, the modifications were incorrectly carried out in such a way as to create a new barrier.  The top landing of the ramp now has an excessive slope of between 2.8% and 2.9% in violation of 406.4.  Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure 406.4. |

A. PHOTOS:






Exhibit 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **B. Accessible Parking/ Curb Ramps nearest Avenue** | | | | | | | |
| 4.(A) | Curb Ramp near Avenue | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) and 1:10 (10%) on flared sides. | The curb ramp slope had sloping measured at 12.6% and was not compliant. . Flared side right side measured 10.4%. | 405.2, 406.3 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind concrete as required and attempt to salvage flared sides and verify grinding structural integrity. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured between 8.1%, 8.3%, and 8.7% and exceeded 8.3%. Contractor equipment level measured at 9.1%. Flared sides measured within acceptable dimensional tolerance. |
| 4 (B) | Curb Ramp near Avenue | Curb Ramp | | | | | Side flare slopes of this ramp have been properly modified.  Running slope is non-compliant. However, the modifications were incorrectly carried out in such a way as to create a new barrier.  The top landing of the ramp now has an excessive slope of between 2.8%  in violation of 406.4. Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure 406.4. |
| 5. | Curb Ramp near Avenue | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 13.7% and was not compliant. | 405.2 | Top landing of redesigned curb ramp now exceeds 1:48 slope | Running slopes and side flare slopes of this ramp have been corrected.  However, the modifications were incorrectly carried out in such a way as to create a new barrier.  The top landing of the ramp now has an excessive slope of between 2.9%  in violation of 406.4.  Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure 406.4. |
| 6. | Accessible designated parking Avenue | Parking | Parking spaces and access aisles shall not be steeper than 1:48 | Parking space slope was measured at 2.7% slope. The access aisle was measured at 2.1. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe diagonal striping as required. | Modification is acceptable. |

Exhibit 4

B. PHOTOS:

   

Exhibit 4

| | | | C Accessible Curb Ramp / Entrance nearest Massage Envy | | | | |
|---|---|---|---|---|---|---|---|
| 7. | Curb Ramp nearest Massage Envy | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 11.5% and was not compliant. Left flared side had large stress crack. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slopes and side flare slopes of this ramp have been corrected.  However, the modifications were incorrectly carried out in such a way as to create a new barrier.  The top landing of the ramp now has an excessive slope of between 2.4%  in violation of 406.4.  Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure 406.4. |
| 8. | Entrance at Massage Envy | Doors | The ground surface slope within the required door maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 4.0% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Entire front entrance ground surface will need to be redesigned to meet compliance. Saw cut existing concrete and demo area, typical. | No construction change to ground surface slope found at this location in path of travel. Existing non-compliant surface slope remained. Automatic operable door system has been installed but does not resolve surface slope issue. |

C. PHOTOS:

Exhibit 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | **D. Accessible Curb Ramps / Parking / Entrance nearest Staples** |
| 9. | Curb Ramp nearest Staples | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 12.1% and was not compliant. Also see item 10 below with landing issue. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slopes and side flare slopes of this ramp have been corrected. However, the modifications were incorrectly carried out in such a way as to create a new barrier. The top landing of the ramp now has an excessive slope of between 2.7% in violation of 406.4. Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure 406.4. |
| 10. | Curb Ramp nearest Staples | Curb Ramp | Landing shall be provided at the tops of curb ramps the landing clear with shall be at least as wide as the curb ramp excluding flared sides leading to the landing. | Structural masonry column protrudes into the 36 inch minimum landing clear length. The protrusion is approximately 10 inches. Garbage can measured 4 feet from landing edge of curb ramp. Masonry corner measured 28 inches from landing edge of curb ramp. | 406.4 | Existing ramp shall be demolished. Additional curb ramp redesign and possible relocation of curb ramp recommended. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 with non-slip finish, and adequate landing clear space. | |

Exhibit 4

| 11. | Curb Ramp nearest Staples | Curb Ramp | Curb Ramp slope shall not exceed 1:12 (8.3%) | The MAX ramp slope sloping measured at 12.4, 12.5% and was not compliant. Landing appeared clear from nearby column. | 305-4 | Recommended: Remove existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. Verify landing width in redesign. Consider ramp rise height in redesign. | Field verified: The non-compliant existing curb ramp in vicinity was eliminated and infilled with sidewalk. |
| 12. | Entrance at Staples | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 2.2% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. | No construction change to ground surface slope found at this location in path of travel. Existing non-compliant surface slope remained. Automatic operable door system has been installed but does not resolve surface slope issue. |
| 13. | Accessible designated parking space nearest Staples | Parking | The accessible parking spaces shall have a minimum width of 12'-0" | Parking space width measured from the curb face across to the second white line defining access aisle was measured at 11'-4" (136") O.C. | 502.1, 502.2(as modified by FBC), 502.3 | Remove old paint striping and install new paint line markings and diagonal striping required, including compliance with 60" min. wide access aisle restriping as required. Recommendation: White striping for access aisles, blue striping for ADA parking spaces, typ. Continental crosswalk striping should be repainted throughout property providing greater visibility. Also, recommend maintaining low landscape to create greater visibility for pedestrians and motorists. | |

D. PHOTOS:









Exhibit 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **E. Accessible Curb Ramps / Parking /Entrance nearest PetSmart** | | | | | | | |
| 14. | Curb Ramp nearest PetSmart | Curb Ramp | The curb ramp counter slope and ground level transitions shall be at the same level. | The transition was best measured approximately between 5/8" - 3/4" and inconsistent asphalt ground surface | 406.2 | See item 15 for recommended remedy. In either event, Curb ramp conditions need to repair and provide smooth transitions. Hand grade and pat with asphalt any divots and missing portions of ground surface. Saw cut and grind as necessary, typical. | Modification is acceptable. |
| 15. | Curb Ramp nearest Petsmart | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 9.6% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | One small portion of lower section of running slope surface measured 8.8%. Defendant's contractor equipment level measured 9.1% in the same vicinity. Rework running slope to provide a maximum of 8.3%. |
| 16. | Entrance at nearest Petsmart | Doors | The ground surface slope within the required door maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 3.4% in the exterior door clearance. | 404.2.4 | Attempt to grind entrance slope to acceptable level. Entire front entrance ground surface will likely need to be redesigned to meet compliance within door maneuvering area no steeper than 1:48 slope. Even with consideration of certain code exceptions, certain excessive slopes may still be unreasonable to allow. Saw cut existing concrete, demo area, may be necessary to provide acceptable grading and removing entrance barrier . Important to note: removing too much concrete slab material may compromise structural integrity of system. Entrance door clearance and general vicinity can also be interpreted as part of cross slope walking surfaces (guidelines 403.3), typical. | |

Exhibit 4

| 17. | Accessible designated parking space nearest PetSmart | Parking | was 0.14 at 2.06%… steeper than 1:48 (2.08%) | …level slope… measured to exceed. However, there were some visible crack deformations found in access aisle and small ponding in in parking space. | … | …section of the parking handicap parking needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe diagonal striping as required. |

E. PHOTOS:

  

Exhibit 4

| F. Accessible Curb Ramps / Parking nearest Bed, Bath, & Beyond | | | | | | |
|---|---|---|---|---|---|---|
| 18. | Curb Ramp nearest Bed, Bath, & Beyond | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 12.9% and was not compliant. Left flared side had large stress crack and widening gap. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured between 7.0% and 7.6% and within acceptable slope mandates. |
| 19. | Curb Ramp nearest Bed, Bath, & Beyond | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 12.2% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | One existing curb ramp in vicinity was eliminated and infilled with sidewalk. |
| 20. | Accessible designated parking space nearest Bed, Bath & Beyond | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Access aisle slope was  not measured. However, there was some visible ponding occurring  in in parking space and access aisle. | 502.4 | Asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe diagonal striping as required. | |

F. PHOTOS:

    

Exhibit 4

| G. Accessible Curb Ramp / Entrance nearest Party City | | | | | | |
|---|---|---|---|---|---|---|
| 21. | Curb Ramp nearest Party City | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 12.0% and was not compliant. Salvaging flared sides is questionable in this item | 405.2 | Existing ramp shall be partially demolished, at minimum. Saw cut the existing concrete sidewalk and demo concrete. Grind surfaces as needed. Recommendation is to install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slopes and side flare slopes of this ramp have been corrected.  However, the modifications were incorrectly carried out in such a way as to create a new barrier.  The top landing of the ramp now has an excessive slope of between 3.4% in violation of 406.4.  Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure |
| 22. | Entrance at Party City | Doors | The ground surface slope within the required door maneuvering clearance shall not exceed 1:48 (2.08%) | The measured slope was 3.0% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Entire front entrance ground surface will need to be redesigned to meet compliance. Saw cut existing concrete and demo area, typical. | No construction change to ground surface slope found at this location in path of travel. Existing non-compliant surface slope remained. Automatic operable door system has been installed but does not resolve surface slope issue. |

G. PHOTOS:

    

Exhibit 4

| H. Accessible Curb Ramp / Parking nearest Dress Barn | | | | | | |
|---|---|---|---|---|---|---|
| 23. | Curb Ramp nearest Dress Barn | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 10.3% and was not compliant. Salvaging flared sides is questionable in this item | 405.2 | Existing ramp shall be partially demolished if feasible. Saw cut the existing concrete sidewalk and demo concrete. Grind surfaces as needed. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slopes and side flare slopes of this ramp have been corrected. However, the modifications were incorrectly carried out in such a way as to create a new barrier. The top landing of the ramp now has an excessive slope of between 3.4% in violation of 406.4. Recommend modifying the ramp to provide a level landing with a slope not to exceed 1:48 (2.08%) with a clear length of at least 36 inches as required in 406.4 and as depicted in Figure 406.4 |
| 24. | Accessible designated parking space nearest Dress Barn | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Access aisle slope was  not measured. However, there was some visible ponding both access aisle immediately adjacent along marked path leading to curb ramp. Ponding is a safety concern, typical. | 502.4 | Asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. | |

H. PHOTOS:

  

Exhibit 4

**I. Accessible Curb Ramp / Parking / Entrance nearest Ross**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25. | Curb Ramp nearest Ross | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 10.2% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind transition surfaces as needed.  Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured between 6.7% and within acceptable slope mandates. |
| 26. | Entrance at Ross | Doors | The ground surface slope within the required door maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 2.2%, 2.9% in the exterior door clearance. | 404.2.4 | Attempt to grind entrance slope to acceptable level. Entire front entrance ground surface may need to be redesigned to meet compliance within door maneuvering area no steeper than 1:48 slope. Even with  consideration of certain code exceptions, certain excessive slopes may still  be unreasonable to allow. Saw cut existing concrete, demo area,  may be necessary to provide acceptable grading and removing entrance barrier.  Important to note: removing too much concrete slab material may compromise structural integrity of system. Entrance door clearance and general vicinity can also be interpreted as  part of cross slope walking surfaces (guidelines 403.3), typical. | No construction change to ground surface slope found at this location in path of travel. Existing surface slope remained. Automatic operable door system has been installed but does not resolve surface slope issue. |
| 27. | Accessible designated parking space nearest Ross | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Access aisle cross slope was  measured at 2.5%. Some cracks in access aisle also found. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. | |

I. PHOTOS:

   

Exhibit 4

| J. Accessible Curb Ramp / Parking nearest Ulta | | | | | | |
|---|---|---|---|---|---|---|
| 28. | Curb Ramp near Ulta | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) and 1:10 (10%) on flared sides. | The curb ramp slope had sloping measured at 10.3% and was not compliant. Right flared sides was measured at 10.4% | 405.2, 406.3 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind concrete as required and attempt to salvage flared sides with new ramp slope and verify grinding application and inspect structural integrity. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured between 5.9% and within acceptable slope mandates. |

J . PHOTOS:

  

Exhibit 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **K Accessible Curb Ramp nearest Justice** | | | | | | | | |
| 29. | Curb Ramp near Justice | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) . | The curb ramp slope had sloping measured at 13.6% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | | Running slope surface measured between 6.7% and within acceptable slope mandates. |

K . PHOTOS:

 

Exhibit 4

**L. Accessible Curb Ramp nearest Carter's**

| 30. | Curb Ramp near Carter's | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) . | The curb ramp slope had sloping measured at 11.6% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind concrete as required and attempt to salvage flared sides with new ramp slope and verify grinding application and inspect structural integrity. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured between 5.4% and within acceptable slope mandates. |

L . PHOTOS:

 

Exhibit 4

| | M. Accessible Curb Ramp nearest Life Christian | | | | | | |
|---|---|---|---|---|---|---|---|
| 31. | Curb Ramp near Life Christian | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) and 1:10 (10%) on flared sides. | The curb ramp slope had sloping measured at 13.4% and was not compliant. . Left flared sides was measured at 14.6%.  Right flared sides was measured at 15.1%.Observed some street asphalt lacking in street / curb ramp transition. | 405.2, 406.3 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish.  Patch asphalt and grind in new ramp/street edge condition as required. | Existing curb ramp was eliminated and infilled with sidewalk. |

M . PHOTOS:

   

Exhibit 4

| N. Accessible Curb Ramp /Entrance nearest Best Buy | | | | | | |
|---|---|---|---|---|---|---|
| 32. | Curb Ramp nearest Best Buy | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 12.4% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind transition surfaces as needed.  Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured between 8.0% and 8.4% and within acceptable slope mandates and reasonable dimensional tolerance. |
| 33. | Curb Ramp nearest Best Buy | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) and 1:10 (10%) on flared sides. | The curb ramp slope had sloping measured at 12.7% and was not compliant. Left side flare measured at 13.8% and right flared side measured 15.7% | 405.2, 406.3 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind transition surfaces as needed.  Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Existing curb ramp was eliminated and infilled with sidewalk. |
| 34. | Walking surface nearest Best Buy | Walking Surface | Walking surfaces are part of an accessible route shall comply with 403 and have no changes in level or surfaces steeper than 1:48 | Walking surface ground surface (uplifted control join visually higher than 1/2" inch). Damage found on accessible route (in cross striping path) to curb ramp and a path of travel safety concern. | 403.1, 403.2, 403.3, 403.4 | Grind concrete. Provide a ground surface not exceeding the 1:48 slope change in level. Restripe cross walk striping as required. Attempt to grind entrance slope to acceptable level. Entire front entrance ground surface may  need to be redesigned to meet compliance within door maneuvering area no steeper than 1:48 slope. Even with  consideration of certain code exceptions, certain excessive slopes may still  be unreasonable to allow. Saw cut existing concrete, demo area,  may be necessary to provide acceptable grading and removing entrance barrier . | |

Exhibit 4

| 35. | Entrance at Best Buy | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 3.8% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Attempt to grind entrance slope to acceptable level. Entire front entrance ground surface may need to be redesigned to meet compliance within door maneuvering area no steeper than 1:48 slope | |

N . PHOTOS:

  

## O. Accessible Curb Ramp /Entrance nearest Joann Fabrics

| 36. | Curb Ramp nearest Joann Fabrics | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) | The curb ramp slope had sloping measured at 9.4% and was not compliant. | 405.2 | Existing ramp shall be demolished. Saw cut the existing concrete sidewalk and demo concrete. Grind transition surfaces as needed.  Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | Running slope surface measured 8.5% and 8.7%. Rework the running slope to provide a maximum of 8.3%. |
| 37. | Entrance at Joann Fabrics | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 2.6% in the exterior door clearance.  Sales merchandise cart found within immediate door area | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48.  Remove all merchandise and other obstructing items found within area of door, typical. | No construction change to ground surface slope found at this location in path of travel. Existing surface slope remained. Automatic operable door system has been installed but does not resolve surface slope issue. |

O. PHOTOS:

    

## P. Accessible Curb Ramp /Parking nearest Sports Authority

Exhibit 4

| 38. | Curb Ramp nearest Sports Authority | Curb Ramp | exceed 1:12 (8.3%) and 1:10 (10%) on flared sides. | sloping measured at 13.7% and was not compliant. Left side flare measured at 15.8% and right flared side measured 14.6% | | existing concrete sidewalk and demo concrete. Grind transition surfaces as needed.  Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. | <span style="color:red">curb ramp was eliminated and infilled with sidewalk.</span> |
| 39. | Accessible designated parking space nearest Sports Authority | Parking | Parking spaces and access aisles shall not be steeper than 1:48 (2.08%) | Parking space was measured at 3.9% slope. Ponding found in adjacent access aisle serving two parking spaces. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. | <span style="color:red">Remodeled asphalt access aisle was not compliant at 2.9% cross slope. Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required.</span> |

P. PHOTOS:

   

| | | | **Q. Accessible Parking /Entrance nearest Smokey Bones** | | | |
|---|---|---|---|---|---|---|
| 40 | Marking near Smokey Bones | Parking | Parking space shall include proper markings so as to discourage parking in them | Parking striping very faded. Parking paving symbol fading. | 502.3.3 | Repaint striping and marking as required, including more visible symbols, typ. |
| 41 | Entrance at Smokey Bones | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 3.5% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. If this recommendation is not feasible, a full replacement may be required. |

Q. PHOTOS:

   

| | | | **R. Accessible Entrance nearest JARED** | | | |
|---|---|---|---|---|---|---|
| 42 | Entrance at JARED | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 2.3% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. |

R. PHOTOS:

<span style="color:red">Exhibit 4</span>




| | | | S. Accessible Parking/Entrance nearest Verizon Wireless | | | |
|---|---|---|---|---|---|---|
| 43. | Accessible designated parking space nearest Verizon Wireless | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Parking space was measured at 3.0% slope. Paint and striping was very faded in two separate spaces found. Other accessible parking space had a measured slope of 3.2% | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. |
| 44. | Entrance at Verizon Wireless | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | The measured slope was 4.1% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. If this recommendation is not feasible, a full replacement may be required. |
| 45. | Curb Ramp near Verizon Wireless | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) and 1:10 (10%) on flared sides. | No reasonable curb ramp access found. Accessible Parking space requires a curb ramp with access from aisle . | 406.3, 405.2 | Provide curb ramp. Saw cut the existing concrete sidewalk and demo concrete. Grind transition surfaces as needed.  Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and flared side slopes of 1:10 and non-slip finish. Ensure that access to curb ramp does not require traveling behind other parked vehicles, typical. |

S. PHOTOS:








| | | | T. Accessible Parking/Entrance nearest Longhorn Steakhouse | | | |
|---|---|---|---|---|---|---|
| 46. | Identification | Parking | Parking space shall include proper markings and signage | One sign was very dirty and hard to read. The other sign had graffiti on it and not in compliance. | 502.6.1 | Install proper signage as fully required including penalty. Attempt to clean or simply replace as required. |

Exhibit 4

| 47. | Entrance at LongHorn Steakhouse | Doors 404.2.4 | The floor surface within the required door vicinity maneuvering clearance shall not exceed 1:48 (~2.1%) | Measured slope was 2.8% in the exterior door clearance. | 404.2.4.4 | Recommend the entire entrance floor surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. If this recommendation is not feasible, a full replacement may be required. |

T. PHOTOS:

   

Exhibit 4

| 48. | Sidewalk near Olive Garden | Walking Surfaces | The running slope of walking surfaces shall not be steeper than 1:20 (5%). | The slope was measured at 5.0%, 5.2% | 403.3 | Required to be treated as a ramp. Prepared a retrofit install of a new handrails and edge protection guardrails as required. |
|---|---|---|---|---|---|---|
| 49. | Accessible designated parking space nearest Olive Garden | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Parking space was measured at 2.9% slope. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. |

U. PHOTOS:

   

| **V. Accessible Entrance nearest Ethan Allen** | | | | | | |
|---|---|---|---|---|---|---|
| 50. | Entrance at Ethan Allen | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (2.08%) | The measured slope was 2.1% and 2.7% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. If this recommendation is not feasible, a full replacement may be required. |

V. PHOTOS:

 

Exhibit 4

| | W. Accessible Ramp/ Parking /Entrance nearest Chili's | | | | | |
|---|---|---|---|---|---|---|
| 51. | Sidewalk near Chilis | Walking Surfaces | The running slope of walking surfaces shall not be steeper than 1;20 (5%). | The slope was measured at 11.2% | 403.3 | Required to be treated as a ramp. Prepared a retrofit install of a new handrails and edge protection guardrails as required. | |
| 52. | Accessible designated parking space nearest Chili's | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Parking space was measured at 6.3% slope. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. | |
| 53. | Sidewalk near Chilis | Walking Surfaces | The running slope of walking surfaces shall not be steeper than 1;20 (5%). | The slope was measured at 5.8% | 403.3 | Required to be treated as a ramp. Prepared a retrofit install of a new handrails and edge protection guardrails as required. | |
| 54. | Entrance at Chili's | Doors | The ground surface slope within the required door vicinity maneuvering clearance shall not exceed 1:48 (2.08%) | The measured slope was 2.2%, 2.3%, 2.9% in the exterior door clearance. | 404.2.4 and 404.2.4.4 | Recommended: Entire front entrance ground surface to be appropriately grinded to meet compliance within maneuvering area no steeper than 1:48. If this recommendation is not feasible, a full replacement may be required. | |

W. PHOTOS:

    

Exhibit 4

**X. Accessible Ramp/ Parking nearest DQ Grill**

| 55. | Accessible designated parking space nearest DQ Grill | Parking | Access aisles shall not be steeper than 1:48 (2.08%) | Parking space was measured at 4.0% slope. Some ponding found in access aisle near ramp transition. | 502.4 | Saw cut and asphalt patch with hand grading as needed to provide a ground surface not exceeding the 1:48 slope change in level. Restripe striping as required. |
| --- | --- | --- | --- | --- | --- | --- |
| 56. | Curb Ramp near DQ Grill | Curb Ramp | The ramp surface shall not exceed 1:12 (8.3%) and landings (turning space) not steeper than 1:48 (2.08%) . | Landing surface was 3.4% and not in compliance. Ramp measured at 10.7%, 10.8% | 405.2, 304.2, 405.7.1 | Saw cut the existing concrete sidewalk and demo concrete. Grind transition surfaces as needed. Install new concrete curb cut ramp with a maximum ramp surface slope of 1:12 and non-slip finish, provide acceptable landing surface. |

X. PHOTOS:

  

Exhibit 4