
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| QAISAR KHAN,<br>an individual,<br><br>          Plaintiff,<br>vs.<br><br>KIR TAMPA 003, LLC,<br>a Foreign Limited Liability Company,<br><br>          Defendant. | CASE NO.: 8:14-cv-01683-EAK-MAP |

**NOTICE TO THE COURT**

Pursuant to Local Rule 3.01(h), Plaintiff Qaisar Khan ("Plaintiff"), by and through undersigned counsel, hereby provides notice to the Court that 180 days have elapsed since Defendant filed its responsive pleading (Dkt. No. 27) to Plaintiff's Motion for Summary Judgment (Dkt. No. 24).[1]  In further accordance with the Rule, Plaintiff will continue to file notices every thirty (30) days from here forward and will provide the Chief Judge of the Middle District with a copy of this and each subsequent Notice.

DATE: November 18, 2015                    Respectfully Submitted,

                                                                  **KU & MUSSMAN, P.A.**

                                                                  By: *Louis Mussman, Esq.*
                                                                  Louis I. Mussman (Fla. # 597155)
                                                                  Louis@kumussman.com
                                                                  Brian T. Ku (Fla. # 610461)
                                                                  brian@kumussman.com
                                                                  6001 NW 153rd Street, Suite 100
                                                                  Miami Lakes, Florida 33014

---

[1] Plaintiff also submitted a reply brief.  Dkt. No. 30.  It should be noted that the parties subsequently supplemented their summary judgment briefing, so the actual date of submission to the District Court Judge occurred on July 31, 2015.  However, in an abundance of caution, Plaintiff files this notice using Defendant's original responsive filing as triggering the 180-day period.

1

Tel: (305) 891-1322
Fax: (305) 891-4512

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2015, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Karen A. Brimmer, Esq.
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, Florida 33134

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.